UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARMANDO JONES,

                    Plaintiff,

-against-

ALBERTO GONZALEZ, ATTORNEY
GENERAL, DEPT. OF JUSTICE,

                    Defendants.
------------------------------------------------------------------X

JUDGMENT
05-CV-1387 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ JUL 3 1 2007 ★
P.M. _____
TIME A.M. _____

        An Order of Honorable Sandra L. Townes, United States District Judge, having been filed on March 19, 2007, granting defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6); and dismissing the action; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendant's motion to dismiss is granted pursuant to Fed. R. Civ. P. 12(b)(6); and that the action is dismissed.

Dated: Brooklyn, New York
       July 31, 2007

s/ RCH
ROBERT C. HEINEMANN
Clerk of Court